# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

140240

21 LONG LAKE HOLDINGS, LLC,
      Plaintiff-Appellee,

v

GROTEFELD & DENENBERG, LLC and
GROTEFELD & DENENBERG, PLLC,
      Defendants,

and

GROTEFELD & HOFFMANN, LLP,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140240
COA: 293149
Oakland CC: 2008-091534-CK

On order of the Court, the application for leave to appeal the November 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

s0322